| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | RODOLFO P. ENRIQUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00114-SAB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| RODOLFO P. ENRIQUEZ, | DATE: June 6, 2019 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Gary Leuis, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Rodolfo P. Enriquez, that the status conference currently scheduled for April 4 2019, may be continued to June 6, 2019, at 10:00 a.m.

Defense counsel was just assigned the case and requires additional time to review discovery and conduct any needed investigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: March 28, 2019  /s/ Gary Leuis
GARY LEUIS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: March 28, 2019  /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
RODOLFO P. ENRIQUEZ

## **O R D E R**

The Court finds that there is good cause for the requested continuance and hereby orders that the status conference currently scheduled for April 4, 2019, is continued to June 6, 2019, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __**March 29, 2019**__

UNITED STATES MAGISTRATE JUDGE