# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>v.<br><br>RODOLFO ENRIQUEZ,<br><br>                     Defendant. | Case No. 1:18-mj-00114-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle while Driver's License is Suspended for Operating a Motor Vehicle under the Influence of Alcohol or Drugs, in violation of 36 C.F.R. Section 4.2(b); CVC § 14601.2 |
| **Sentence Date:** | June 6, 2019 |
| **Review Hearing Date:** | June 4, 2020 |
| **Probation Expires On:** | June 7, 2021 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; notify the court and, if represented by Counsel, your counsel of any change of address and contact number; and notify the Court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

☒     **Monetary Fines & Penalties in Total Amount of:** $10 which Total Amount is made up of a Fine: $ 0 ; Processing Fee: $0;  Special Assessment: $10.

☒     Payment schedule: to be paid in full by July 12, 2019.

☒     Community Service hours Imposed of: 250 hours
        The defendant shall perform and complete the community service hours by December 1, 2020. The defendant shall complete at least 100 community service hours by May 7, 2020. The defendant shall show proof of the same on the June 4, 2020 status report.

☒     Other Conditions:
        The defendant shall attend AA classes twice per month beginning on July 1, 2019 for 6 months while on probation and file sworn proof of attendance to the Court and counsel. The defendant shall show proof of the same on the June 4, 2020 status report

*COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

☐ To date, Defendant has paid $

☐ If not paid in full when was last time payment:   Date:
   Amount:

☐ To date, Defendant has performed       hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED:  June 1, 2020            */s/ Philip Tankovich*
                                PHILIP TANKOVICH
                                Special Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, Mr. Enriquez asks the Court for additional time to satisfy his conditions of probation and moves for the following:

☐ that the review hearing set for 6/4/2020 at 10:00 a.m.

  ☒ be continued to 12/3/2020 at 10:00 a.m.; or

  ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: June 1, 2020             */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐     GRANTED. The Court orders that the Review Hearing set for _____ at _____ be continued to _____ at 10:00 a.m.

☒     DENIED.

IT IS SO ORDERED.

Dated: **June 2, 2020**

_____
UNITED STATES MAGISTRATE JUDGE