1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950

   Attorney for Defendant
   RODOLFO ENRIQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RODOLFO ENRIQUEZ,<br><br>            Defendant. | Case No. 1:18-mj-00114-SAB<br><br>**CONSENT TO APPEAR BY VIDEO TELECONFERENCE** |

I, Rodolfo Enriquez, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my status hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by video teleconference for the status hearing currently set for September 17, 2020.


Dated: September 16, 2020          */s/ Matthew Lemke*
                                   MATTHEW LEMKE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   RODOLFO ENRIQUEZ


Dated:  September 16, 2020          */s/ Rodolfo Enriquez*
                                    RODOLFO ENRIQUEZ
                                    Defendant

**ORDER**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Rodolfo Enriquez is permitted to appear by video teleconference for his status hearing scheduled to take place on September 17, 2020.

IT IS SO ORDERED.

Dated:   **September 16, 2020**

UNITED STATES MAGISTRATE JUDGE