AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RODOLFO P. ENRIQUEZ** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **1:18MJ00114-001**<br>Defendant's Attorney: Matthew Lemke, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of Charges  One, Two and Four  as alleged in the violation petition filed on  6/19/2020 .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge One | The Defendant Failed to Pay His Special Assessment of $10.00 | |
| Charge Two | The Defendant Failed to Timely Complete 100 Hours of Community Service By May 7, 2020 | |
| Charge Four | The Defendant Failed to Attend AA Classes Twice Per Month or Provide Proof of Attendance | |

The court:  [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on  6/6/2019 .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charge  Three  is dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**9/17/2020**
Date of Imposition of Sentence

*[signature]*

Signature of Judicial Officer
**Stanley A. Boone**, United States Magistrate Judge
Name & Title of Judicial Officer
10/2/2020
Date

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **RODOLFO P. ENRIQUEZ**
CASE NUMBER: **1:18MJ00114-001**

Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
<u>9 days custody to be served consecutive on weekends starting on October 2, 2020 at 10:00 am through Sunday, October 4, 2020 at 10:00 a.m. and each weekend thereafter by Friday at 10:00 am and to be released no earlier than Sunday at 10:00 until time is served</u>.

[ ]  No TSR: Defendant shall cooperate in the collection of DNA.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[ ]  The defendant is remanded to the custody of the United States Marshal.

[✓]  The defendant shall surrender to the United States Marshal for this district
    [✓]    at <u>  10:00 AM  </u>  on <u>  10/2/2020  </u>.
    [ ]    as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ]    before ____ on ____.
    [ ]    as notified by the United States Marshal.
    [ ]    as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

United States Marshal

By Deputy United States Marshal

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **RODOLFO P. ENRIQUEZ**  
CASE NUMBER: **1:18MJ00114-001**

Page 3 of 3

# PROBATION

The defendant is hereby sentenced to probation for a term of:  
9 months, expires on 6/4/2021.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 9 days in custody to be served consecutive on weekends starting on October 2, 2020 at 10:00 am through Sunday, October 4, 2020 at 10:00 a.m. and each weekend thereafter by Friday at 10:00 am and to be released no earlier than Sunday at 10:00 until time is served.
5. The defendant is ordered to personally appear for a Probation Review Hearing on April 15, 2021 at 10:00 am before U.S. Magistrate Judge Magistrate Judge Stanley A. Boone.

    A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review.
6. The defendant shall attend AA classes once per month beginning in December, 2020 till June, 2021 and file sworn proof of attendance to the Court and counsel.