## IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-mj-00114-SAB |
|---|---|
| Plaintiff, | ) **DEFENDANT'S SECOND** |
| v. | ) **STATUS REPORT** |
| | ) **ON UNSUPERVISED PROBATION** |
| RODOLFO ENRIQUEZ, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Probation violation
**Sentence Date:** September 17, 2020

**Review Hearing Date:** April 15, 2021

**Probation Expires On:** June 4, 2021

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**;

☒ **Term of imprisonment:** 9 days of custody

☒ **Other Conditions:** The defendant shall attend AA classes once per month beginning in December, 2020 till June, 2021 and file sworn proof of attendance to the Court and counsel.

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ Mr. Enriquez has completed his term of custody.

☒ Compliance with Other Conditions of Probation: Mr. Enriquez has attended 6 AA meetings while on probation. *See* Exhibit.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Date: May 13, 2021
/s/ William Taylor
WILLIAM TAYLOR
Special Assistant United States Attorney
Attorney for Plaintiff

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/20/2021 at 10:00 am

    ☐ be continued to     at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: May 13, 2021
/s/ Matthew Lemke
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant

# **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED. The Court orders that the Review Hearing be vacated.

☐     DENIED.

IT IS SO ORDERED.

Dated:   **May 17, 2021**

                                            UNITED STATES MAGISTRATE JUDGE